IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES TARVER,
        Petitioner,

v.                              CASE NO. 5:10-cv-87-RS-EMT

KENNETH TUCKER,
        Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 30) and Petitioner's Objections (Doc. 35). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on August 8, 2012.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**